# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** William G. Casterline<br>    aka William George Casterline<br>    aka William Casterline<br><br>        **Debtor(s)** | **BK NO. 19-02381 RNO**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and index same on the master mailing list.

                                          Respectfully submitted,

                                          **/s/ James C. Warmbrodt, Esquire**
                                          James C. Warmbrodt, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          215-627-1322