**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** William G Casterline, | : | CHAPTER __13__ |
| **Debtor(s)** | : | CASE NO. __5__-__19__-bk-__02381__ |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust | : | ADVERSARY NO. ___-___-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** vs. | : | Nature of Proceeding: 11 U.S.C. §362(a) |
| William G Casterline, Jack N Zaharopoulos, Standing Chapter 13 (Trustee), | : | Pleading: Motion for Relief from Stay |
| **Defendant(s)/Respondent(s)** | : | Document #: 32 |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

✔ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
   ✔ Thirty (30) days.
   ☐ Forty-five (45) days.
   ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 03/17/2023        /s/ Charles G. Wohlrab, Esq.
                         Attorney for Wilmington Savings Fund Society

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.