United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-02381-MJC |
| William G Casterline | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 21, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

**Recip ID**   **Recipient Name and Address**
+   Dennise Rafferty, aka Dennise Casterline, PO Box 292, Shawanese, PA 18654-0292

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2023         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| John Fisher | on behalf of Debtor 1 William G Casterline johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| Lauren Berschler Karl | on behalf of Creditor Wilmington Savings Fund Society lkarl@rascrane.com  lbkarl03@yahoo.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| William G. Casterline<br>aka William George Casterline<br>aka William Casterline | Chapter: 13 |
| | Case No.: 5:19-bk-02381-MJC |
| Wilmington Savings Fund Society, FSB, DBA Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust<br>vs. Movant(s) | Document No.: 32 |
| William G. Casterline<br>aka William George Casterline<br>aka William Casterline<br>Dennise Casterline (Co-Debtor)<br>Jack N. Zaharopoulos (Trustee)<br>Respondent(s) | Nature of Proceeding: Motion for Relief from Automatic Stay |

## ORDER

It appearing that no stipulation or request to relist having been filed pursuant to Order dated March 20, 2023, it is hereby

**ORDERED** that this matter is **DISMISSED** without prejudice.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 20, 2023

Case 5:19-bk-02381-MJC    Doc 37    Filed 04/23/23    Entered 04/24/23 00:21:33    Desc
Imaged Certificate of Notice    Page 3 of 3