United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 19-02381-MJC
William G Casterline  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Sep 13, 2023     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Dennise Casterline, PO Box 292, Shawanese, PA 18654-0292 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| John Fisher | on behalf of Debtor 1 William G Casterline johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Lauren Berschler Karl | on behalf of Creditor Wilmington Savings Fund Society lkarl@rascrane.com lbkarl03@yahoo.com |

Michelle McGowan     on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust mimcgowan@raslg.com

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| William G Casterline | : | Case No. 5:19-02381-MJC |
| aka William George Casterline | : | |
| aka William Casterline, | : | |
|     Debtor. | : | |
| | : | |
| Wilmington Savings Fund Society, FSB, | : | |
| d/b/a Christiana Trust, not individually | : | |
| but as Trustee for Pretium Mortgage | : | |
| Acquisition Trust, | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| William G. Casterline | : | |
| aka William George Casterline | : | |
| aka William Casterline, | : | |
|     Debtor/Respondent | : | |
| | : | |
| Jack N. Zaharopoulos, Esquire, | : | |
|     Trustee/Respondent | : | |

## ORDER

Upon consideration of the Stipulation filed at Dkt. # 41 in the above-captioned case ("Stipulation"), it is hereby

    **ORDERED** that the Stipulation is **APPROVED**.

 

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 13, 2023