UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: WILLIAM G. CASTERLINE | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| WILLIAM G. CASTERLINE | : | |
| Respondent | : | CASE NO.  5-19-bk-02381 |

### TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this  27th  day of September, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Plan ambiguous – term.   Debtor has proposed an 86 month plan.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

  a. Deny confirmation of debtor(s) plan.
  b. Dismiss or convert debtor(s) case.
  c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:    /s/Agatha R. McHale
Attorney for Trustee

## CERTIFICATE OF SERVICE

       AND NOW, this   27th   day of September, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Fisher, Esquire
126 South Main Street
Pittston, PA   18640

    /s/Deborah A. DePalma
    Office of Jack N. Zaharopoulos
    Standing Chapter 13 Trustee