UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  CASE NO.: 19-02381
 CHAPTER 13

**William G Casterline,**
    **Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOTINDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Authorized Agent for Secured Creditor
    13010 Morris Rd., Suite 450
    Alpharetta, GA  30004
    Telephone: 470-321-7112

    By: /s/Michelle L. McGowan, Esq.
        Michelle L. McGowan, Esq.
        Email: mimcgowan@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 10, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

WILLIAM G CASTERLINE
PO BOX 292
SHAWANESE, PA 18654

And via electronic mail to:

JOHN FISHER
126 SOUTH MAIN STREET
PITTSTON, PA 18640

JACK N ZAHAROPOULOS
STANDING CHAPTER 13 (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE 1501 N. 6TH ST
HARRISBURG, PA 17102

By: /s/ Amanda Nelson