# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 6/6/2024 |
| Case: 5:19–bk–02381–MJC | Form ID: ordsmiss | Total: 21 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Charles G. Wohlrab | bkecf@friedmanvartolo.com |
| aty | James Warmbrodt | jwarmbrodt@kmllawgroup.com |
| aty | John Fisher | johnvfisher@yahoo.com |
| aty | Lauren Berschler Karl | lkarl@rascrane.com |
| aty | Michelle McGowan | mimcgowan@raslg.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | William G Casterline | PO Box 292 | Shawanese, PA 18654 | |
| cr | Wilmington Savings Fund Society | RAS Crane, LLC | 10700 Abbott's Bridge Road | Suite 170 Duluth, GA 30097 |
| cr | Wilmington Savings Fund Society, FSB | Robertson, Anschutz, Schneid, Crane & Pa | 13010 Morris Rd., Suite 450 | Alpharetta, GA 30004 |
| cr | WILMINGTON SAVINGS FUND SOCIETY | Robertson, Anschutz, Schneid, Crane & Pa | 13010 Morris Road., Suite 450 | Alpharetta, GA 30004 |
| 5205932 | DLJ MORTGAGE CAPITAL INC | 3217 S DECKER LAKE DRIVE | SALT LAKE CITY, UT 84119 | |
| 5205933 | KML Law Group | Suite 5000 BNY Independence Center | 701 Market Street | Philadelphia PA 19106 |
| 5212057 | Pennsylvania Department of Revenue | Bankruptcy Division PO Box 280946 | Harrisburg, Pa. 17128–0946 | |
| 5513410 | RAS Crane & Partners, PLLC | 130 Clinton Rd #202 | Fairfield, NJ 07004 | |
| 5205934 | Select Portfolio Servicing Inc | PO Box 65250 | Salt Lake City UT 84165–0250 | |
| 5205935 | Selene Finance | PO Box 421517 | Houston TX 77242–4239 | |
| 5232029 | WILMINGTON SAVINGS FUND SOCIETY | C/O Selene Finance, LP | 9990 Richmond Ave Suite 400 South | Houston, TX 77042 |
| 5588430 | WILMINGTON SAVINGS FUND SOCIETY | Robertson, Anschutz, Schneid, Crane | 13010 Morris Road., Suite 450 | Alpharetta, GA 30004 |
| 5207946 | Wilmington Savings Fund Society | RAS Crane, LLC | 10700 Abbotts Bridge Road, Suite 170 | Duluth, GA 30097 |
| 5555190 | Wilmington Savings Fund Society, FSB | Robertson, Anschutz, Schneid, Crane | 13010 Morris Rd., Suite 450 | Alpharetta, GA 30004 |

TOTAL: 14